IN RE: TULINO                CASE NO. 10-13765

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 10-13765 EWM | TULINO, STEVEN A. |
| 92004110875666 | TULINO, TINA K. |
| COMBINED SMALL CHECK | |

VOID AFTER 90 DAYS    109
60-249 / 433
TID #380380
WILBUR J. (BILL) BABIN, JR.

Date  08/09/2011    $ ***********4.96

~~~Four Dollars and 96/100

Pay to the Order of: U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

⑈00000109⑈ ⑉043302493⑉ 92004110875666⑈

9/14/11

DEPOSITED TO UNCLAIMED UNDER $25.00 (10600).
DUE: SEE ATTACHED.

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229069    - JN
* * C O P Y * *
September 14, 2011
   12:01:09

UNC.UNDER$25
  10-13765
Debtor.: STEVEN A. TULINO
Trustee: Wilbur Babin, Jr.
Amount.:          $4.96 CH
Check#.: 109

Total->   $4.96

FROM: BABIN

## WILBUR J. "BILL" BABIN, JR.
*Trustee in Bankruptcy*
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

September 12, 2011

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

In re:   TULINO, STEVEN A.
TULINO, TINA K.
USBC-EDLA 10-13765-A

Dear Ms. Vogel:

In compliance with Rule 3010 of the Rules of Bankruptcy Procedure, attached hereto please find check in the amount of $4.96 representing dividends in an amount less than $5.00 due to the following creditors:

AMERICAN INFOSOURCE LP AS AGENT FOR
CITIBANK
P.O. BOX 248840
OKLAHOMA CITY, OK  73124-8840
Claim #2                                                                $4.96

**Total:**                                                              $4.96

Please treat these funds in the same manner as unclaimed funds.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

Very truly yours,

/s/ Wilbur J. "Bill" Babin, Jr.
_____
WILBUR J. "BILL" BABIN, JR.-TRUSTEE

WJBjr/ld
Enclosure